# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TERRANCE OLYSUSISS STEWART,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77306 |
| TERRANCE OLYSUSISS STEWART,<br>Appellant,<br>vs.<br>WARDEN HOWELL,<br>Respondent. | No. 77307 ✔ |

**FILED**

DEC 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals from purported district court orders denying postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant has filed motions for voluntary dismissal of these appeals. Cause appearing, we grant the motions. NRAP 42(b). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-907631

cc:     Hon. Douglas W. Herndon, District Judge
         Terrance Olysusiss Stewart
         Attorney General/Carson City
         Clark County District Attorney
         Eighth District Court Clerk